# BRONSTER LLP

bronsterllp.com

**Andrew Kazin, Esq.**
347.246.4769
akazin@bronsterllp.com

156 West 56th Street, Suite 902 | New York, NY 10019
T. 347.246.4769 | F. 347.246.4772

December 21, 2022

**VIA: Electronic Submission**
Judge Cathy Seibel
The Hon. Charles L. Brieant JR.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    NJ MOBILE HEALTH CARE LLC v. DIGITECH COMPUTER LLC, et. al.
             Case No. 22-10422 (CS) (AK)
             Our file No.: 720219.002

Dear Judge Seibel:

    We represent defendants, Digitech Computer LLC, Advanced Data Processing, Inc. ("ADP"), Intermedix Corporation, and R1 RCM, Inc. in this action. Plaintiff's counsel requested that we withdraw our notice of removal and provided information demonstrating that plaintiff is a citizen of New York, not New Jersey. Therefore, there is no diversity and we respectfully request that the Court so order this letter remanding this action to the Supreme Court of Westchester County, where plaintiff commenced it.

    We apologize for inconveniencing the Court.

                                       Respectfully submitted,

                                       /s/ Andrew Kazin

                                       Andrew Kazin

Cc: J Roberto Cardenas
      Counsel for Plaintiff

On consent, and in the absence of subject matter jurisdiction, this case is remanded to New York State Supreme Court, Westchester County.

SO ORDERED.

*Cathy Seibel*

12/22/22

CATHY SEIBEL, U.S.D.J.

720389.002